```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/26/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOLLY GROSSENBACHER, individually and on behalf of all others similarly situated,

           Plaintiff,

-against-

L'ORÉAL USA, Inc.,

           Defendant.

25 Civ. 1497 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff commenced this action in the U.S. District Court for the Eastern District of Louisiana. ECF No. 1. On February 20, 2025, the parties stipulated to transfer the case to this District, ECF No. 31, where the undersigned accepted it as related to three pending cases concerning substantially similar allegations: 24 Civ. 2735, 24 Civ. 3998, and 24 Civ. 8352 (the "Related Cases"). By order dated December 10, 2024, the Court stayed the Related Cases pending the outcome of (1) a motion to transfer the cases to the District of Hawaii submitted to the Joint Panel on Multidistrict Litigation (the "JPML") and (2) motions to transfer three cases, including this one, that were pending in other districts at the time. *See, e.g.*, ECF No. 30 in 24 Civ. 2735. On February 7, 2025, the Court learned that the JPML denied the motion to transfer. The Court is still awaiting the outcome of two transfer motions pending in the District of Hawaii.

    Accordingly, this action is STAYED. Within ten days of the issuance of (1) the last transfer order in the District of Hawaii or (2) March 20, 2025, whichever is sooner, the parties shall submit a joint status report.

    SO ORDERED.

Dated: February 26, 2025
       New York, New York

                                                             ANALISA TORRES
                                            United States District Judge